M.D. Appeal Dkt.
55 MAP 2018

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 238 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| STACY BRITTON, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issue as stated by Petitioner is:

Should out of state law enforcement officers acting within their own state but solely at the request of Pennsylvania law enforcement officers be considered agents of the Pennsylvania law enforcement and as such governed by the same statutory and constitutional standards as the Pennsylvania law enforcement officers?